UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENE ALLEN, | |
| Plaintiff, | 3:03-cv-0576-HDM-VPC |
| vs. | |
| GREYHOUND BUS LINES, | **ORDER** |
| Defendants. | |

Before the court is plaintiff Gene Allen's motion entitled "Motion to Vacate this Judgment Denying H/C Relief" (#8). On October 31, 2003, this court entered an order denying plaintiff's motion for leave to proceed in forma pauperis in a civil rights action (#3). Plaintiff failed to pay the filing fee. Consequently, on January 16, 2004, this court entered an order dismissing this action without prejudice to plaintiff's commencement of an action in which he pays the full filing fee (#4). On January 20, 2004, judgment was entered dismissing this action without prejudice (#5). On May 20, 2010, plaintiff filed his motion to vacate judgment (#8). Plaintiff's motion (#8) is DENIED.

IT IS SO ORDERED.

DATED: June 28, 2010.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE